1  LaRIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne, Esq. (Bar No. 073901)
2  Alan E. Engle, Esq. (Bar No. 224779)
   Nicole A. Smith (Bar No. 243823)
3  Christopher J. Passarelli, Esq. (Bar No. 241174)
   Post Office Box 3140
4  19 Upper Ragsdale Drive
   Monterey, CA 93942-3140
5  Telephone: (831) 649-8800
   Facsimile: (831) 649-8835
6
7  Attorneys for Plaintiff

FILED
E-FILING SEP 26 P 1:54
ADR RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUCK-U, CORP., a Maryland corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, a California limited partnership; CLUCK UNIVERSITY CHICKEN OF SAN JOSE, LP, a California limited partnership; UC RESTAURANT MANAGEMENT, INC., a California corporation; UNIVERSITY CHICKEN, INC., a California corporation; UNIVERSITY CHICKEN FRESNO, LP, a California limited partnership; UNIVERSITY CHICKEN SAN JOSE, LLC, a California limited liability company; MICHAEL C. BORNEO, an individual; and DOES 1-50, inclusive. <br><br> Defendants. | NO. C07 04986 EMC <br><br> CERTIFICATION OF INTERESTED ENTITIES AND PARTIES |

CERTIFICATION OF INTERESTED
ENTITIES AND PARTIES                     -1-

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (I) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding: No such interest is known other than the named parties, their shareholders and counsel in this action.

Dated: September 24, 2007

LaRIVIERE, GRUBMAN & PAYNE, LLP

By_____
Alan E. Engle
Attorneys for Plaintiff

CERTIFICATION OF INTERESTED
ENTITIES AND PARTIES              -2-

LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Alan E. Engle, Esq. (Bar No. 224779)
Nicole A. Smith (Bar No. 243823)
Christopher J. Passarelli, Esq. (Bar No. 241174)
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUCK-U, CORP., a Maryland corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, a California limited partnership; CLUCK UNIVERSITY CHICKEN OF SAN JOSE, LP, a California limited partnership; UC RESTAURANT MANAGEMENT, INC., a California corporation; UNIVERSITY CHICKEN, INC., a California corporation; UNIVERSITY CHICKEN FRESNO, LP, a California limited partnership; UNIVERSITY CHICKEN SAN JOSE, LLC, a California limited liability company; MICHAEL C. BORNEO, an individual; and DOES 1-50, inclusive. <br><br> Defendants. | NO. <br><br> CERTIFICATION OF INTERESTED ENTITIES AND PARTIES |

CERTIFICATION OF INTERESTED
ENTITIES AND PARTIES                    -1-

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (I) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding: No such interest is known other than the named parties, their shareholders and counsel in this action.

Dated: September 24, 2007

LARIVIERE, GRUBMAN & PAYNE, LLP

By _____
Alan B. Engle
Attorneys for Plaintiff

CERTIFICATION OF INTERESTED
ENTITIES AND PARTIES                     -2-