1  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesdavis.com
2  JAMIE A. RADACK (SBN 221000)
   jradack@hayesdavis.com
3  HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
   203 Redwood Shores Parkway, Suite 480
4  Redwood Shores, CA 94065
   Telephone: 650.637.9100
5  Facsimile: 650.637.8071

6  Attorneys for Defendants
   CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a
7  UNIVERSITY CHICKEN SANTA CLARA, LP; UC RESTAURANT
   MANAGEMENT, INC.; UNIVERSITY CHICKEN, INC.; UNIVERSITY
8  CHICKEN FRESNO, LP; UNIVERSITY CHICKEN SAN JOSE, LLC; and
9  MICHAEL C. BORNEO

10
11              IN THE UNITED STATES DISTRICT COURT
12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | CLUCK-U, CORP.,                              | CASE NO. C07-04986 EMC
14 | a Maryland corporation,                      |
                                                  | **STIPULATION TO EXTEND DEADLINE**
15 |         Plaintiff,                           | **TO RESPOND TO COMPLAINT**
16 |   v.
17 | CLUCK UNIVERSITY CHICKEN OF PALO
   | ALTO, LP, d/b/a UNIVERSITY CHICKEN
18 | SANTA CLARA, a California limited
   | partnership; CLUCK UNIVERSITY CHICKEN
19 | OF SAN JOSE, LP, a California limited
   | partnership; UC RESTAURANT
20 | MANAGEMENT, INC., a California
   | corporation; UNIVERSITY CHICKEN, INC., a
21 | California corporation; UNIVERSITY
   | CHICKEN FRESNO, LP, a California limited
22 | partnership; UNIVERSITY CHICKEN SAN
   | JOSE, LLC, a California limited liability
23 | company; Michael C. Borneo, an individual; and
   | DOES 1-50, inclusive,
24
   |         Defendants.
25
26
27
28

152236                              - 1 -

**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT- CASE NO. C07-04986 EMC**

1  Pursuant to Civil L.R. 6-1(a), all parties, by and through their respective counsel, hereby
2  stipulate to continue the deadline to respond to the Complaint in the above-referenced matter as
3  follows:

4  IT IS HEREBY STIPULATED by and between all parties, by and through their respective
5  counsel, that the deadline to respond to the Complaint in the above referenced matter shall be
6  extended to December 5, 2007.

7  Dated: November 27, 2007                HAYES DAVIS BONINO ELLINGSON
                                            McLAY & SCOTT, LLP
8
9                                           By _____
10                                          STEPHEN P. ELLINGSON
                                            JAMIE A. RADACK
11                                          Attorneys for Defendants
                                            CHUCK UNIVERSITY CHICKEN OF PALO
12                                          ALTO, LP, d/b/a UNIVERSITY CHICKEN
                                            SANTA CLARA, LP; UC RESTAURANT
                                            MANAGEMENT, INC.; UNIVERSITY
13                                          CHICKEN, INC.; UNIVERSITY CHICKEN
                                            FRESNO, LP; UNIVERSITY CHICKEN SAN
14                                          JOSE, LLC; and MICHAEL C. BORNEO
15

16 Dated: November 21, 2007                 LARIVIERE, GRUBMAN & PAYNE, LLP

17
                                            By: _____
18                                          ROBERT W. PAYNE
                                            ALAN E. ENGLE
19                                          NICOLE A. SMITH
                                            CHRISTOPHER J. PASSARELLI
20                                          Attorney for Plaintiffs
                                            CLUCK-U CORP.
21
22
23
24
25
26
27
28

152236                                      -2-
STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT- CASE NO. C07-04986 EMC