STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a
UNIVERSITY CHICKEN SANTA CLARA, LP; UC RESTAURANT
MANAGEMENT, INC.; UNIVERSITY CHICKEN, INC.; UNIVERSITY
CHICKEN FRESNO, LP; UNIVERSITY CHICKEN SAN JOSE, LLC; and
MICHAEL C. BORNEO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUCK-U, CORP., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, a California limited partnership; CLUCK UNIVERSITY CHICKEN OF SAN JOSE, LP, a California limited partnership; UC RESTAURANT MANAGEMENT, INC., a California corporation; UNIVERSITY CHICKEN, INC., a California corporation; UNIVERSITY CHICKEN FRESNO, LP, a California limited partnership; UNIVERSITY CHICKEN SAN JOSE, LLC, a California limited liability company; Michael C. Borneo, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. C07-04986 EMC<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** ; ORDER |

1  Pursuant to Civil L.R. 6-1(a), all parties, by and through their respective counsel, hereby
2  stipulate to continue the deadline to respond to the Complaint in the above-referenced matter as
3  follows:
4  IT IS HEREBY STIPULATED by and between all parties, by and through their respective
5  counsel, that the deadline to respond to the Complaint in the above referenced matter shall be
6  extended to December 5, 2007.

7  Dated: November 27, 2007            HAYES DAVIS BONINO ELLINGSON
                                        McLAY & SCOTT, LLP

9                                       By _____
10                                         STEPHEN P. ELLINGSON
                                           JAMIE A. RADACK
11                                         Attorneys for Defendants
                                           CHUCK UNIVERSITY CHICKEN OF PALO
12                                         ALTO, LP, d/b/a UNIVERSITY CHICKEN
                                           SANTA CLARA, LP; UC RESTAURANT
13                                         MANAGEMENT, INC.; UNIVERSITY
                                           CHICKEN, INC.; UNIVERSITY CHICKEN
14                                         FRESNO, LP; UNIVERSITY CHICKEN SAN
                                           JOSE, LLC; and MICHAEL C. BORNEO
15

16 Dated: November 21, 2007            LARIVIERE, GRUBMAN & PAYNE, LLP

18                                      By: _____
                                           ROBERT W. PAYNE
19                                         ALAN E. ENGLE
                                           NICOLE A. SMITH
20                                         CHRISTOPHER J. PASSARELLI
                                           Attorney for Plaintiffs
21                                         CLUCK-U CORP.

22

23                                      IT IS SO ORDERED:

24

25                                      _____

26                                      EDWARD M. CHEN
                                        U.S. MAGISTRATE
27                                      JUDGE
28

152236                          -2-
STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT- CASE NO. C07-04986 EMC