1  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesdavis.com
2  JAMIE A. RADACK (SBN 221000)
   jradack@hayesdavis.com
3  HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
   203 Redwood Shores Parkway, Suite 480
4  Redwood Shores, CA 94065
   Telephone:  650.637.9100
5  Facsimile:  650.637.8071

6  Attorneys for Defendants
   CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a
7  UNIVERSITY CHICKEN SANTA CLARA, LP; UC RESTAURANT
   MANAGEMENT, INC.; UNIVERSITY CHICKEN, INC.; UNIVERSITY
8  CHICKEN FRESNO, LP; UNIVERSITY CHICKEN SAN JOSE, LLC; and
9  MICHAEL C. BORNEO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUCK-U, CORP., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, a California limited partnership; CLUCK UNIVERSITY CHICKEN OF SAN JOSE, LP, a California limited partnership; UC RESTAURANT MANAGEMENT, INC., a California corporation; UNIVERSITY CHICKEN, INC., a California corporation; UNIVERSITY CHICKEN FRESNO, LP, a California limited partnership; UNIVERSITY CHICKEN SAN JOSE, LLC, a California limited liability company; Michael C. Borneo, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. C07-04986 EMC<br><br>**PROOF OF SERVICE FOR STIPULATION FOR EXTENSION OF TIME TO RESPOND** |

152448                                    - 1 -
**PROOF OF SERVICE- CASE NO. C07-04986 EMC**

|   |   |
|---|---|
| CASE NAME: | Cluck-U, Corp. v. Cluck University Chicken of Palo Alto, LP, et al. |
| ACTION NO.: | C07-04986 EMC |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood Shores, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

- Stipulation to Extend Time to Respond

☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood Shores, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ (BY EMAIL/ELECTRONIC SERVICE) Based on court order or an agreement of the parties to accept service by email or electronic transmission, I caused such document to be served electronically and that the transmission was reported as complete and without error.

> Robert W. Payne, Esq.
> Alan E. Engle, Esq.
> Nicole A. Smith, Esq.
> Chrisopher J. Passarelli, Esq.
> LaRIVIERE, GRUBMAN & PAYNE, LLP
> P.O. Box 3140
> 19 Upper Ragsdale Drive
> Monterey, CA 93942-3140
> Telephone: 831.649.8800
> Facsimile: 831.649.8835

**Attorneys for Plaintiff**

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 27, 2007, at Redwood Shores, California.

*/s/ Jamie A. Radack*
Jamie A. Radack

---

- 1 -
PROOF OF SERVICE - CASE NO. C05-01022 JW (RS)