1  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesdavis.com
2  JAMIE A. RADACK (SBN 221000)
   jradack@hayesdavis.com
3  HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
   203 Redwood Shores Parkway, Suite 480
4  Redwood Shores, CA 94065
   Telephone:  650.637.9100
5  Facsimile:  650.637.8071

6  Attorneys for Defendants
   CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a
7  UNIVERSITY CHICKEN SANTA CLARA, LP; UC RESTAURANT
   MANAGEMENT, INC.; UNIVERSITY CHICKEN, INC.; UNIVERSITY
8  CHICKEN FRESNO, LP; UNIVERSITY CHICKEN SAN JOSE, LLC; and
   MICHAEL C. BORNEO
9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  CLUCK-U, CORP.,                        CASE NO.  C07-04986 EMC
    a Maryland corporation,
14                                         **ANSWER TO COMPLAINT**
                    Plaintiff,
15
            v.
16
    CLUCK UNIVERSITY CHICKEN OF PALO
17  ALTO, LP, d/b/a UNIVERSITY CHICKEN
    SANTA CLARA, a California limited
18  partnership; CLUCK UNIVERSITY CHICKEN
    OF SAN JOSE, LP, a California limited
19  partnership; UC RESTAURANT
    MANAGEMENT, INC., a California
20  corporation; UNIVERSITY CHICKEN, INC., a
    California corporation; UNIVERSITY
21  CHICKEN FRESNO, LP, a California limited
    partnership; UNIVERSITY CHICKEN SAN
22  JOSE, LLC, a California limited liability
    company; Michael C. Borneo, an individual; and
23  DOES 1-50, inclusive,

24              Defendants.

25

26     Defendants CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY

27  CHICKEN SANTA CLARA, LP; UC RESTAURANT MANAGEMENT, INC.; UNIVERSITY

28

152230                          - 1 -

1    CHICKEN, INC.; UNIVERSITY CHICKEN FRESNO, LP; UNIVERSITY CHICKEN SAN

2    JOSE, LLC; and MICHAEL C. BORNEO submit the following answer to plaintiff's complaint.

3    1.    Answering the allegations of Paragraph 1, these answering defendants admit said

4    allegations.

5    2.    Answering the allegations of Paragraph 2, these answering defendants admit this Court

6    has the discretion to exercise supplemental jurisdiction over the state law claims alleged in

7    plaintiff's complaint.  These answering defendants lack sufficient information to admit or deny

8    the remaining allegations therein and therefore deny said allegations on information and belief.

9    3.    Answering the allegations of Paragraph 3, these answering defendants admit that venue

10   in this judicial district is proper.  These answering defendants deny the remaining allegations

11   therein.

12   4.    Answering the allegations of Paragraph 4, these answering defendants admit said

13   allegations.

14   5.    Answering the allegations of Paragraph 5, these answering defendants admit that Cluck

15   University Chicken of Palo Alto, L.P. d/b/a University Chicken Santa Clara is a California

16   limited partnership.  These answering defendants deny the remaining allegations of said

17   paragraph.

18   6.    Answering the allegations of Paragraph 6, these answering defendants deny said

19   allegations.

20   7.    Answering the allegations of Paragraph 7, these answering defendants admit said

21   allegations.

22   8.    Answering the allegations of Paragraph 8, these answering defendants admit that

23   University Chicken San Jose, LLC is a California limited liability company.  These answering

24   defendants deny the remaining allegations of said paragraph.

25   9.    Answering the allegations of Paragraph 9 these answering defendants admit said

26   allegations.

27   10.   Answering the allegations of Paragraph 10, these answering defendants admit said

28   allegations.

ANSWER TO COMPLAINT- CASE NO. C07-04986 EMC

11.     Answering the allegations of Paragraph 11, these answering defendants admit said allegations.

12.     Answering the allegations of Paragraph 12, these answering defendants lack sufficient information to admit or deny said allegations therein and therefore deny said allegations on information and belief.

13.     Answering the allegations of Paragraph 13, these answering defendants deny said allegations.

14.     Answering the allegations of Paragraph 14, these answering defendants admit deny the allegations of said paragraph.

15.     Answering the allegations of Paragraph 15, these answering defendants deny said allegations.

16.     Answering the allegations of Paragraph 16, these answering defendants admit plaintiff has used in commerce the mark "CLUCK-U-CHICKEN." These answering defendants lack sufficient information to admit or deny the remaining allegations therein and therefore deny said allegations on information and belief.

17.     Answering the allegations of Paragraph 17, these answering defendants admit plaintiff has submitted a trademark application to the United States Patent and Trademark Office ("hereinafter USPTO") for the mark "CLUCK-U-CHICKEN," serial number 77/285,875. These answering defendants deny that plaintiff has obtained USPTO registration of said mark. These answering defendants lack sufficient information to admit or deny the remaining allegations therein and therefore deny said allegations on information and belief.

18.     Answering the allegations of Paragraph 18, these answering defendants admit plaintiff has obtained USPTO registration of "UNIVERSITY CHICKEN," registration no. 3137573. These answering defendants lack sufficient information to admit or deny the remaining allegations therein and therefore deny said allegations on information and belief.

19.     Answering the allegations of Paragraph 19, these answering defendants lack sufficient information to admit or deny said allegations and therefore deny said allegations on information and belief.

ANSWER TO COMPLAINT- CASE NO. C07-04986 EMC

20.    Answering the allegations of Paragraph 20, these answering defendants deny that plaintiff's marks are strong marks, inherently arbitrary, fanciful, distinctive or suggestive. These answering defendants lack sufficient information to admit or deny the remaining allegations therein and therefore deny said allegations on information and belief.

21.    Answering the allegations of Paragraph 21, these answering defendants lack sufficient information to admit or deny the remaining allegations therein and therefore deny said allegations on information and belief.

22.    Answering the allegations of Paragraph 22, these answering defendants deny said allegations.

23.    Answering the allegations of Paragraph 23, these answering defendants deny said allegations.

24.    Answering the allegations of Paragraph 24, these answering defendants deny said allegations.

25.    Answering the allegations of Paragraph 25, these answering defendants re-allege and incorporate by reference their responses to the allegations in paragraphs 1 through the immediately preceding paragraph as though fully set forth.

26.    Answering the allegations of Paragraph 26, these answering defendants deny said allegations.

27.    Answering the allegations of Paragraph 27, these answering defendants deny said allegations.

28.    Answering the allegations of Paragraph 28, these answering defendants deny said allegations.

29.    Answering the allegations of Paragraph 29, these answering defendants deny said allegations.

30.    Answering the allegations of Paragraph 30, these answering defendants re-allege and incorporate by reference their responses to the allegations in paragraphs 1 through the immediately preceding paragraph as though fully set forth.

31.    Answering the allegations of Paragraph 31, these answering defendants deny said

1   allegations.

2   32.      Answering the allegations of Paragraph 32, these answering defendants deny said

3   allegations.

4   33.      Answering the allegations of Paragraph 33, these answering defendants deny said

5   allegations.

6   34.      Answering the allegations of Paragraph 34, these answering defendants re-allege and

7   incorporate by reference their responses to the allegations in paragraphs 1 through the

8   immediately preceding paragraph as though fully set forth.

9   35.      Answering the allegations of Paragraph 35, these answering defendants deny said

10  allegations.

11  36.      Answering the allegations of Paragraph 36, these answering defendants deny said

12  allegations.

13  37.      Answering the allegations of Paragraph 37, these answering defendants lack sufficient

14  information to admit or deny said allegations and therefore deny said allegations on information

15  and belief.

16  38.      Answering the allegations of Paragraph 38, these answering defendants deny said

17  allegations.

18  39.      Answering the allegations of Paragraph 39, these answering defendants re-allege and

19  incorporate by reference their responses to the allegations in paragraphs 1 through the

20  immediately preceding paragraph as though fully set forth.

21  40.      Answering the allegations of Paragraph 40, these answering defendants lack sufficient

22  information to admit or deny said allegations and therefore deny said allegations on information

23  and belief.

24  41.      Answering the allegations of Paragraph 41, these answering defendants deny said

25  allegations.

26  42.      Answering the allegations of Paragraph 42, these answering defendants deny said

27  allegations.

28  43.      Answering the allegations of Paragraph 43, these answering defendants deny said

1  allegations.

2  44.      Answering the allegations of Paragraph 44, these answering defendants deny said

3  allegations.

4  45.      Answering the allegations of Paragraph 45, these answering defendants re-allege and

5  incorporate by reference their responses to the allegations in paragraphs 1 through the

6  immediately preceding paragraph as though fully set forth.

7  46.      Answering the allegations of Paragraph 46, these answering defendants deny said

8  allegations.

9  47.      Answering the allegations of Paragraph 47, these answering defendants deny said

10  allegations.

11  48.      Answering the allegations of Paragraph 48, these answering defendants deny said

12  allegations.

13  49.      Answering the allegations of Paragraph 49, these answering defendants re-allege and

14  incorporate by reference their responses to the allegations in paragraphs 1 through the

15  immediately preceding paragraph as though fully set forth.

16  50.      Answering the allegations of Paragraph 50, these answering defendants deny said

17  allegations.

18  51.      Answering the allegations of Paragraph 51, these answering defendants deny said

19  allegations.

20  52.      Answering the allegations of Paragraph 52, these answering defendants re-allege and

21  incorporate by reference their responses to the allegations in paragraphs 1 through the

22  immediately preceding paragraph as though fully set forth.

23  53.      Answering the allegations of Paragraph 53, these answering defendants deny said

24  allegations.

25  54.      Answering the allegations of Paragraph 54, these answering defendants deny said

26  allegations.

27  55.      Answering the allegations of Paragraph 55, these answering defendants deny said

28  allegations.

1   56.      Answering the allegations of Paragraph 56, these answering defendants deny said

2       allegations.

3   57.      Answering the allegations of Paragraph 57, these answering defendants deny said

4       allegations.

5   58.      Answering the allegations of Paragraph 58, these answering defendants deny said

6       allegations.

7   59.      Answering the allegations of Paragraph 59, these answering defendants deny said

8       allegations.

9   60.      Answering the allegations of Paragraph 60, these answering defendants lack sufficient

10      information to admit or deny said allegations and therefore deny said allegations on information

11      and belief.

12  61.      Answering the allegations of Paragraph 61, these answering defendants deny said

13      allegations.

14  62.      Answering the allegations of Paragraph 62, these answering defendants deny said

15      allegations.

16  63.      Answering the allegations of Paragraph 63, these answering defendants re-allege and

17      incorporate by reference their responses to the allegations in paragraphs 1 through the

18      immediately preceding paragraph as though fully set forth.

19  64.      Answering the allegations of Paragraph 64, these answering defendants deny said

20      allegations.

21  65.      Answering the allegations of Paragraph 65, these answering defendants deny said

22      allegations.

23  66.      Answering the allegations of Paragraph 66, these answering defendants re-allege and

24      incorporate by reference their responses to the allegations in paragraphs 1 through the

25      immediately preceding paragraph as though fully set forth.

26  67.      Answering the allegations of Paragraph 67, these answering defendants deny said

27      allegations.

28  68.      Answering the allegations of Paragraph 68, these answering defendants deny said

1   allegations.

2   69.      Answering the allegations of Paragraph 69, these answering defendants deny said

3   allegations.

4   70.      Answering the allegations of Paragraph 70, these answering defendants deny said

5   allegations.

6   71.      Answering the allegations of Paragraph 71, these answering defendants deny said

7   allegations.

8   72.      Answering the allegations of Paragraph 72, these answering defendants deny said

9   allegations.

10  73.      Answering the allegations of Paragraph 73, these answering defendants re-allege and

11  incorporate by reference their responses to the allegations in paragraphs 1 through the

12  immediately preceding paragraph as though fully set forth.

13  74.      Answering the allegations of Paragraph 74, these answering defendants deny said

14  allegations.

15  75.      Answering the allegations of Paragraph 75, these answering defendants deny said

16  allegations.

17  76.      Answering the allegations of Paragraph 76, these answering defendants deny said

18  allegations.

19  77.      Answering the allegations of Paragraph 77, these answering defendants deny said

20  allegations.

21  78.      Answering the allegations of Paragraph 78, these answering defendants deny said

22  allegations.

23  ## AFFIRMATIVE DEFENSES

24  AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE

25  HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these

26  answering defendants allege that said Complaint fails to state facts sufficient to constitute a cause of

27  action against these answering defendants.

28  AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

ANSWER TO COMPLAINT- CASE NO. C07-04986 EMC

1    FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

2    these answering defendants allege that plaintiff delayed asserting the claims alleged in the

3    Complaint, defendants were prejudiced by said delay and as such plaintiff's claims are barred by the

4    doctrine of laches.

5        AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

6    FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

7    these answering defendants allege that the claims asserted in the Complaint are barred by the

8    doctrine of unclean hands.

9        AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

10   FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

11   these answering defendants allege that plaintiff is estopped from asserting the claims alleged in the

12   Complaint.

13       AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE

14   HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these

15   answering defendants allege that plaintiff has waived the claims alleged in the Complaint.

16       AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

17   FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

18   these answering defendants allege that at all times and places mentioned in the Complaint herein,

19   plaintiff failed to mitigate the amount of its damages.

20       AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

21   FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

22   these answering defendants allege that the alleged causes of action set forth in the Complaint are,

23   and each of them is, barred by the statute of limitations.

24       AS A EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

25   FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

26   these answering defendants allege that plaintiff has consented and acquiesced to the matters alleged

27   in the Complaint.

28       AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

1  FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

2  these answering defendants allege that their use of the marks alleged in the Complaint constitutes

3  non-infringing fair use of such marks.

4       AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

5  FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

6  these answering defendants allege they are good faith senior users of the marks alleged in the

7  Complaint in a geographic area remote to plaintiff's alleged use of its alleged marks.

8       AS A ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

9  ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

10  these answering defendants allege plaintiff improperly obtained the United States Patent and

11  Trademark Office trademark registration alleged in the Complaint through fraud and other improper

12  means, and said registration is invalid.

13       AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

14  FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

15  these answering defendants allege that plaintiff's alleged marks are not inherently distinctive and

16  have not acquired secondary meaning, thus barring the claims in plaintiff's Complaint.

17       AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

18  ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

19  these answering defendants allege plaintiff has failed to obtain copyright registration with the

20  United States Library of Congress, thus barring the claims in plaintiff's Complaint.

21       AS AN FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

22  COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION

23  CONTAINED THEREIN, these answering defendants allege that plaintiffs' Complaint, to the

24  extent that it seeks exemplary or punitive damages pursuant to §3294 of the Civil Code, violates

25  defendants' right to procedural due process under the Fourteenth Amendment of the United States

26  Constitution, and the Constitution of the State of California, and therefore fails to state a cause of

27  action upon which either punitive or exemplary damages can be awarded.

28       AS AN FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

1  ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

2  these answering defendants allege that plaintiffs' Complaint, to the extent that it seeks punitive or

3  exemplary damages pursuant to §3294 of the Civil Code, violates defendants' rights to protection

4  from "excessive fines" as provided in the Eighth Amendment of the United States Constitution and

5  Article I, Section 17, of the Constitution of the State of California, and violates defendants' rights to

6  substantive due process as provided in the Fifth and Fourteenth Amendments of the United States

7  Constitution and the Constitution of the State of California, and therefore fails to state a cause of

8  action supporting the punitive or exemplary damages claimed.

9  WHEREFORE, these answering defendants pray for judgment as follows:

10         1.  That plaintiff take nothing by the Complaint;

11         2.  For costs of suit incurred herein; and

12         3.  For such other and further relief as the Court deems proper.

13

14

15  Dated: December 5, 2007                    HAYES DAVIS BONINO ELLINGSON
                                              McLAY & SCOTT, LLP

16                                            By _____

17                                               STEPHEN P. ELLINGSON
                                                 JAMIE A. RADACK
18                                               Attorneys for Defendants
                                                 CLUCK UNIVERSITY CHICKEN OF PALO
19                                               ALTO, LP, d/b/a UNIVERSITY CHICKEN
                                                 SANTA CLARA, LP; UC RESTAURANT
20                                               MANAGEMENT, INC.; UNIVERSITY
                                                 CHICKEN, INC.; UNIVERSITY CHICKEN
21                                               FRESNO, LP; UNIVERSITY CHICKEN SAN
                                                 JOSE, LLC; and MICHAEL C. BORNEO
22

23

24

25

26

27

28

152230                          - 11 -
ANSWER TO COMPLAINT- CASE NO. C07-04986 EMC