LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Alan E. Engle, Esq. (Bar No. 224779)
Nicole A. Smith, Esq. (Bar No. 243823)
Christopher J. Passarelli, Esq. (Bar No. 241174)
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUCK-U, CORP., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, a California limited partnership; CLUCK UNIVERSITY CHICKEN OF SAN JOSE, LP, a California limited partnership; UC RESTAURANT MANAGEMENT, INC., a California corporation; UNIVERSITY CHICKEN, INC., a California corporation; UNIVERSITY CHICKEN FRESNO, LP, a California limited partnership; UNIVERSITY CHICKEN SAN JOSE, LLC, a California limited liability company; Michael C. Borneo, an individual; and DOES 1-50, inclusive.<br><br>Defendants. | CASE NO. C07-04986 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 6, 2007 | LARIVIERE, GRUBMAN & PAYNE, LLP |
| 3 | | |
| 4 | | By /s/ Robert W. Payne |
| | | Robert W. Payne, Esq. |
| 5 | | LaRiviere, Grubman & Payne |
| | | 19 Upper Ragsdale Drive, Suite 200 |
| 6 | | Monterey, CA 93940 |
| | | Telephone: (831) 649-8800 |
| 7 | | Facsimile: (831) 649-8835 |
| | | Attorney for Plaintiff |
| 8 | | Cluck-U, Corp. |

**PROOF OF SERVICE**

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On December 6, 2007, I served the following document:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

> Stephen P. Ellingson
> Jamie A. Radack
> Hayes Davis Bonino Ellingson McLay & Scott, LLP
> 203 Redwood Shores Parkway, Suite 480
> Redwood Shores, CA 94065

__X__ **U.S. MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____ **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____ **BY FACSIMILE:** By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 6, 2007 at Monterey, California.

_/s/ Tabatha Morgan_
Tabatha Morgan
Paralegal

Cluck-U Corp. v. Cluck University Chicken of Palo Alto, LP, et al
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No. C07-04986 EMC                    3