STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a
UNIVERSITY CHICKEN SANTA CLARA, LP; UC RESTAURANT
MANAGEMENT, INC.; UNIVERSITY CHICKEN, INC.; UNIVERSITY
CHICKEN FRESNO, LP; UNIVERSITY CHICKEN SAN JOSE, LLC;
CLUCK UNIVERSITY CHICKEN OF SAN JOSE, LP and MICHAEL C.
BORNEO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUCK-U, CORP., a Maryland corporation, | CASE NO. C07-04986 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS CLUCK UNIVERSITY CHICKEN OF SAN JOSE, LP WITHOUT PREJUDICE AND TOLLING AGREEMENT** |
| v. | |
| CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, a California limited partnership; CLUCK UNIVERSITY CHICKEN OF SAN JOSE, LP, a California limited partnership; UC RESTAURANT MANAGEMENT, INC., a California corporation; UNIVERSITY CHICKEN, INC., a California corporation; UNIVERSITY CHICKEN FRESNO, LP, a California limited partnership; UNIVERSITY CHICKEN SAN JOSE, LLC, a California limited liability company; Michael C. Borneo, an individual; and DOES 1-50, inclusive, | |
| Defendants. | |

All parties, by and through their respective counsel, hereby stipulate to dismiss Cluck University Chicken of San Jose, LP without prejudice and to toll the statute of limitations as to Cluck University Chicken of San Jose, LP in the above-referenced matter as follows:

IT IS HEREBY STIPULATED by and between all parties, by and through their respective counsel, that plaintiff Cluck-U Corporation shall dismiss Cluck University Chicken of San Jose, LP without prejudice;

IT IS HEREBY FURTHER STIPULATED by and between all parties, by and through their respective counsel, that any defense based on the passage of time as to Cluck University Chicken of San Jose, LP shall be tolled as of the date of this stipulation.

Dated: December ___, 2007

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By _____
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendants
CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, LP; UC RESTAURANT MANAGEMENT, INC.; UNIVERSITY CHICKEN, INC.; UNIVERSITY CHICKEN FRESNO, LP; UNIVERSITY CHICKEN SAN JOSE, LLC; and MICHAEL C. BORNEO

Dated: December ___, 2007

LARIVIERE, GRUBMAN & PAYNE, LLP

By: _____
ROBERT W. PAYNE
ALAN E. ENGLE
NICOLE A. SMITH
CHRISTOPHER J. PASSARELLI
Attorney for Plaintiff
CLUCK-U CORP.

153014

- 2 -

**STIPULATION TO DISMISS CLUCK U. CHICKEN OF SAN JOSE- CASE NO. C07-04986 EMC**

1  ~~[PROPOSED]~~ ORDER

2  Pursuant to the parties' stipulation, Cluck University Chicken of San Jose, LP shall be
3  dismissed from this action without prejudice.

4
5  Dated: __12/14__, 2007                          _____
6                                                  UNITED STATES DISTRICT COURT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28