```
 1  LARIVIERE, GRUBMAN & PAYNE, LLP
    Robert W. Payne, Esq. (Bar No. 073901)
 2  Alan E. Engle, Esq. (Bar No. 224779)
    Nicole A. Smith (Bar No. 243823)
 3  Christopher J. Passarelli, Esq. (Bar No. 241174)
    Post Office Box 3140
 4  19 Upper Ragsdale Drive
    Monterey, CA 93942-3140
 5  Telephone: (831) 649-8800
    Facsimile: (831) 649-8835
 6
    Attorneys for Plaintiff
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12
    CLUCK-U, CORP.,                       )   NO. C07-04986 CW
13  a Maryland corporation,               )
                                          )
14                                        )
            Plaintiff,                    )   STIPULATED MOTION TO RESET
15                                        )   INITIAL CASE MANAGEMENT
        vs.                               )   CONFERENCE DATE; AND ORDER
16                                        )   THEREON
    CLUCK UNIVERSITY CHICKEN OF           )
17  PALO ALTO, LP d/b/a/ UNIVERSITY       )
    CHICKEN SANTA CLARA, a California     )
18  limited partnership; UC RESTAURANT    )
    MANAGEMENT, INC., a California        )
19  corporation; UNIVERSITY               )
    CHICKEN, INC., a California corporation; )
20  UNIVERSITY CHICKEN FRESNO, LP,        )
    a California limited partnership;     )
21  UNIVERSITY CHICKEN SAN JOSE,          )
    LLC, a California limited liability company; )
22  Michael C. Borneo, an individual; and )
    DOES 1-50, inclusive.                 )
23                                        )
            Defendants.                   )
24                                        )
25  _____)
```

The Court having set the Initial Case Management Conference for January 8, 2008, at 2:00 p.m., and counsel for Plaintiff, Cluck-U, Corp. having made previous commitments from January

STIPULATED MOTION TO RESET INITIAL
CASE MANAGEMENT CONFERENCE DATE;
AND ORDER THEREON
NO. C07-04986 CW                           -1-

1  7 through January 10, 2008.

2  THE PARTIES HEREBY STIPULATE to reset the dates for the Initial Case Management Conference to February 5, 2008 at 2:00 p.m. THE PARTIES FURTHER STIPULATE that Defendants Cluck-U Chicken of Palo Alto LP, et al., by entering into and agreeing to this Stipulated Motion, has not waived any defenses it may have in this case, including, but not limited to, defenses relating to jurisdictional matters.

Dated: December 18, 2007        LARIVIERE, GRUBMAN & PAYNE, LLP

                                By: _____
                                    Robert W. Payne
                                    Attorneys for Plaintiff
                                    Cluck-U, Corp.

Dated: December 18, 2007        HAYES DAVIES BONINO ELLINGSON MCLAY & SCOTT LLP

                                By: _____
                                    Stephen P. Ellingson
                                    Jamie A. Radack
                                    Attorneys for Defendants
                                    Cluck-U Chicken of Palo Alto LP, et al.

**IT IS SO ORDERED**

Dated: December __, 2007        _____
                                Judge Claudia Wilken

STIPULATED MOTION TO RESET INITIAL
CASE MANAGEMENT CONFERENCE DATE;
AND ORDER THEREON
NO. C07-04986 CW                    -2-