LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Alan E. Engle, Esq. (Bar No. 224779)
Nicole A. Smith (Bar No. 243823)
Christopher J. Passarelli, Esq. (Bar No. 241174)
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUCK-U, CORP., a Maryland corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP d/b/a/ UNIVERSITY CHICKEN SANTA CLARA, a California limited partnership; UC RESTAURANT MANAGEMENT, INC., a California corporation; UNIVERSITY CHICKEN, INC., a California corporation; UNIVERSITY CHICKEN FRESNO, LP, a California limited partnership; UNIVERSITY CHICKEN SAN JOSE, LLC, a California limited liability company; Michael C. Borneo, an individual; and DOES 1-50, inclusive.<br><br>                    Defendants. | NO. C07-04986 CW<br><br>STIPULATED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE DATE; AND ORDER THEREON **AS MODIFIED** |

The Court having set the Initial Case Management Conference for January 8, 2008, at 2:00 p.m., and counsel for Plaintiff, Cluck-U, Corp. having made previous commitments from January

STIPULATED MOTION TO RESET INITIAL
CASE MANAGEMENT CONFERENCE DATE;
AND ORDER THEREON
NO. C07-04986 CW                              -1-

1 | 7 through January 10, 2008.

2 | THE PARTIES HEREBY STIPULATE to reset the dates for the Initial Case Management Conference to **February 12, 2008 at 2:00 p.m.** THE PARTIES FURTHER STIPULATE that Defendants Cluck-U Chicken of Palo Alto LP, et al., by entering into and agreeing to this Stipulated Motion, has not waived any defenses it may have in this case, including, but not limited to, defenses relating to jurisdictional matters.

Dated: December __, 2007          LaRIVIERE, GRUBMAN & PAYNE, LLP

By _____
    Robert W. Payne
    Attorneys for Plaintiff
    Cluck-U, Corp.

Dated: December __, 2007          HAYES DAVIES BONINO ELLINGSON MCLAY & SCOTT LLP

By _____
    Stephen P. Ellingson
    Jamie A. Radack
    Attorneys for Defendants
    Cluck-U Chicken of Palo Alto LP, et al.

**IT IS SO ORDERED**

Dated: December 21, 2007          _____
    Judge Claudia Wilken

STIPULATED MOTION TO RESET INITIAL
CASE MANAGEMENT CONFERENCE DATE;
AND ORDER THEREON
NO. C07-04986 CW                    -2-

**CERTIFICATE OF SERVICE**

I, Ricki Alexander, paralegal to Robert W. Payne of LaRiviere, Grubman & Payne, attorneys for Plaintiff, hereby certify that a copy of the foregoing:

**STIPULATED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE DATE; AND ORDER THEREON**

was served on Defendants' attorney:

**Stephen P. Ellingson
Jamie A. Radack
Hayes Davies Bonino Ellingson McLay & Scott LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, CA 94065**

postage prepaid by first-class mail on December __, 2007.

Ricki Alexander
Paralegal

STIPULATED MOTION TO RESET INITIAL
CASE MANAGEMENT CONFERENCE DATE;
AND ORDER THEREON
NO. C07-04986 CW                                -3-