**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLUCK-U CORP,

    Plaintiff,

  v.

CLUCK UNIVERSITY CHICKEN OF PALO ALTO LP, et al.,

    Defendants.
    _____/

No. C 07-04986 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

Notice is hereby given that the Case Management Conference, previously set for February 12, 2008, is continued to **March 4, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 2/4/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk