

STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, LP; UC RESTAURANT MANAGEMENT, INC.; UNIVERSITY CHICKEN, INC.; UNIVERSITY CHICKEN FRESNO, LP; UNIVERSITY CHICKEN SAN JOSE, LLC; and MICHAEL C. BORNEO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLUCK-U, CORP., a Maryland corporation,

Plaintiff,

v.

CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, a California limited partnership; CLUCK UNIVERSITY CHICKEN OF SAN JOSE, LP, a California limited partnership; UC RESTAURANT MANAGEMENT, INC., a California corporation; UNIVERSITY CHICKEN, INC., a California corporation; UNIVERSITY CHICKEN FRESNO, LP, a California limited partnership; UNIVERSITY CHICKEN SAN JOSE, LLC, a California limited liability company; Michael C. Borneo, an individual; and DOES 1-50, inclusive,

Defendants.

CASE NO. C07-04986 CW

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**
**[Fed. Rule Civ. Proc., Rule 41(a)(1)**

IT IS HEREBY STIPULATED by Plaintiff Cluck-U Corporation through their attorney of record, Christopher J. Passarelli, Esq. of LaRiviere, Grubman & Payne, LLP and Defendants

Michael C. Borneo, Cluck University Chicken of Palo Alto, LP, dba University Chicken Santa Clara; Cluck University Chicken of San Jose, LP; UC Restaurant Management, Inc.; University Chicken, Inc.; University Chicken Fresno, LP; and University Chicken San Jose, LLC through their attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated: 9/5, 2008

HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendants
CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, LP; UC RESTAURANT MANAGEMENT, INC.; UNIVERSITY CHICKEN, INC.; UNIVERSITY CHICKEN FRESNO, LP; UNIVERSITY CHICKEN SAN JOSE, LLC; and MICHAEL C. BORNEO

Dated: 9/10/, 2008

LARIVIERE, GRUBMAN & PAYNE, LLP

ROBERT W. PAYNE
ALAN E. ENGLE
NICOLE A. SMITH
CHRISTOPHER J. PASSARELLI
Attorney for Plaintiff
CLUCK-U CORP.

**ORDER**

IT IS SO ORDERED.

Dated: ______________, 2008

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA