1  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesdavis.com
2  JAMIE A. RADACK (SBN 221000)
   jradack@hayesdavis.com
3  HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
   203 Redwood Shores Parkway, Suite 480
4  Redwood Shores, CA 94065
   Telephone:  650.637.9100
5  Facsimile:  650.637.8071

6  Attorneys for Defendants
   CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a
7  UNIVERSITY CHICKEN SANTA CLARA, LP; UC RESTAURANT
   MANAGEMENT, INC.; UNIVERSITY CHICKEN, INC.; UNIVERSITY
8  CHICKEN FRESNO, LP; UNIVERSITY CHICKEN SAN JOSE, LLC; and
9  MICHAEL C. BORNEO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUCK-U, CORP., a Maryland corporation, | CASE NO. C07-04986 CW |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** <br> [Fed. Rule Civ. Proc., Rule 41(a)(1)] |
| CLUCK UNIVERSITY CHICKEN OF PALO ALTO, LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA, a California limited partnership; CLUCK UNIVERSITY CHICKEN OF SAN JOSE, LP, a California limited partnership; UC RESTAURANT MANAGEMENT, INC., a California corporation; UNIVERSITY CHICKEN, INC., a California corporation; UNIVERSITY CHICKEN FRESNO, LP, a California limited partnership; UNIVERSITY CHICKEN SAN JOSE, LLC, a California limited liability company; Michael C. Borneo, an individual; and DOES 1-50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff Cluck-U Corporation through their attorney of record, Christopher J. Passarelli, Esq. of LaRiviere, Grubman & Payne, LLP and Defendants

1  Michael C. Borneo, Cluck University Chicken of Palo Alto, LP, dba University Chicken Santa
2  Clara; Cluck University Chicken of San Jose, LP; UC Restaurant Management, Inc.; University
3  Chicken, Inc.; University Chicken Fresno, LP; and University Chicken San Jose, LLC through their
4  attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that
5  the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal
6  Rules of Civil Procedure, rule 41(a)(1).

Dated: 9/5, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

_/s/ Stephen P. Ellingson_

STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendants
CLUCK UNIVERSITY CHICKEN OF PALO ALTO,
LP, d/b/a UNIVERSITY CHICKEN SANTA CLARA,
LP; UC RESTAURANT MANAGEMENT, INC.;
UNIVERSITY CHICKEN, INC.; UNIVERSITY
CHICKEN FRESNO, LP; UNIVERSITY CHICKEN
SAN JOSE, LLC; and MICHAEL C. BORNEO

Dated: 9/10, 2008

LARIVIERE, GRUBMAN & PAYNE, LLP

_/s/ Robert W. Payne_

ROBERT W. PAYNE
ALAN E. ENGLE
NICOLE A. SMITH
CHRISTOPHER J. PASSARELLI
Attorney for Plaintiff
CLUCK-U CORP.

**ORDER**

IT IS SO ORDERED.

Dated: 9/11, 2008

_/s/ Claudia Wilken_

HONORABLE ~~SAMUEL CONTI~~ CLAUDIA WILKEN
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

175858                    -2-
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. C07-04986 CW**